IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLARENCE RAY, | ) |
| *Plaintiff,* | ) ) ) No. 08 CV ____ |
| -vs- | ) FILED: NOVEMBER 5, 2008 ) |
| CITY OF CHICAGO, McGEE #13378, and BARRD, #15525, | ) 08 CV 6357 ) JUDGE ZAGEL ) ) MAGISTRATE JUDGE COLE |
| *Defendants.* | ) BR |

# COMPLAINT

Plaintiff, by counsel, allege as follows:

1. This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this Court is conferred by 28 U.S.C. §1343 and 28 U.S.C. §1367.

2. Plaintiff CLARENCE RAY is a resident of the Northern District of Illinois.

3. Defendant CITY OF CHICAGO is an Illinois municipal corporation. Plaintiff invokes the supplemental jurisdiction of this Court to assert claims against the City and does not assert any federal claim against the municipality.

4. Defendants McGEE #13378 and BARRD #15525 were at all times relevant acting as Chicago police officers.

5. On June 12, 2008, defendants McGEE AND BARRD arrested plaintiff.

6. Defendants did not have a lawful basis to arrest plaintiff.

7. Following his arrest, plaintiff was held in custody at the County Jail for eight days before securing release on bond.

8. As the direct and proximate result of the above described acts, plaintiff was deprived of his liberty and was subjected to severe emotional distress.

9. Plaintiff hereby demands trial by jury.

Wherefore plaintiff requests that judgment be entered in his favor and against defendants in an amount in excess of fifty thousand dollars as compensatory damages.

/s/ Kenneth N. Flaxman

_____

KENNETH N. FLAXMAN
ARDC No. 830399
200 South Michigan Avenue
Suite 1240
Chicago, Illinois 60604-2430

(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com

*attorney for plaintiff*